Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Nona Harris

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONA HARRIS, | No. 1:15-cv-00019-AWI-MJS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANTS KING OF CENTRAL VALLEY AND CENTRAL VALLEY GROUP, INC. <u>ONLY</u>; ORDER** |
| vs. | |
| KEARNEY PALMS LLC, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Nona Harris and Defendants Kearney Palms LLC, Salah Almontser aka Salah Almonster dba 559 Cigarettes & More, Miguel Vaca aka Miguel Aranda dba Rocio's Mexican Food, and Thrifty Payless, Inc. dba Rite Aid #6295, the parties who have appeared in this action, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that **only Defendants King of Central Valley, a General Partnership; and Central Valley Group, Inc. dba Burger King #12875** be dismissed with prejudice from the above-captioned action.

Dated: April 7, 2015                    MOORE LAW FIRM, P.C.

                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorneys for Plaintiff,
                                        Nona Harris

STIPULATION FOR DISMISSAL; ORDER

Page 1

CASWELL, BELL & HILLISON LLP

*/s/ Kimberly L. Mayhew*
Kimberly L. Mayhew
Attorneys for Defendants,
Kearney Palms LLC, Salah Almontser aka Salah Almonster dba 559 Cigarettes & More, and Miguel Vaca aka Miguel Aranda dba Rocio's Mexican Food

LURIE, ZEPEDA, SCHMALZ & HOGAN, APC

*/s/ Payton E. Garofalo*
Wayne C. Arnold
Payton E. Garofalo
Attorneys for Defendant,
Thrifty Payless, Inc. dba Rite Aid #6295

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that **only Defendants King of Central Valley, a General Partnership; and Central Valley Group, Inc. dba Burger King #12875** be dismissed with prejudice from the above-captioned action.

IT IS SO ORDERED.

Dated:   April 8, 2015                             _____
                                                                    SENIOR  DISTRICT  JUDGE