UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONA HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>KEARNEY PALMS, LLC,<br>THRIFTY PAYLESS, INC.,<br>SALAH ALMONTSER, MIGUEL VACA,<br><br>    Defendants. | No. 1:15-CV-00019-AWI-MJS<br><br>**ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT**<br><br>**DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 30 DAYS**<br><br>**(ECF NO. 23)** |

    On April 13, 2015, Plaintiff, Nona Harris, and Defendant , Thrifty Payless, Inc., notified the Court that the matter has settled as to Plaintiff and Defendant, Thrifty Payless, Inc., dba Rite Aid #6295, <u>only</u>. In accordance with the provisions of Local Rule 160 (Fed. R. Civ. P. 16), the Court now orders that all dispositive documents be submitted no later than 30 days from the date of this Order. If the parties conclude they cannot comply with this Order within the time allotted, they shall, before expiration of that time, file a request for extension and include therein their reasons for believing the Order cannot be complied with.

    Failure to comply with this Order may be grounds for the imposition of sanctions against anyone who contributes to its violation.

1 | ALL COURT DATES HERETOFORE SET IN THIS MATTER AS TO
2 | DEFENDANT THRIFTY PAYLESS, INC., ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated:   April 17, 2015             /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE