1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Nona Harris

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONA HARRIS, | No. 1:15-cv-00019-AWI-MJS |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT THRIFTY PAYLESS, INC. DBA RITE AID #6295 ONLY** |
| vs. | |
| KEARNEY PALMS LLC, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Nona Harris and Defendants Kearney Palms LLC, Salah Almontser aka Salah Almonster dba 559 Cigarettes & More, Miguel Vaca aka Miguel Aranda dba Rocio's Mexican Food, and Thrifty Payless, Inc. dba Rite Aid #6295, the parties remaining in this action, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that **only Defendant Thrifty Payless, Inc. dba Rite Aid #6295** be dismissed with prejudice from the above-captioned action.

Dated: April 22, 2015                MOORE LAW FIRM, P.C.

                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Nona Harris

Page 1

CASWELL, BELL & HILLISON LLP

*/s/ Kimberly L. Mayhew*
Kimberly L. Mayhew
Attorneys for Defendants,
Kearney Palms LLC, Salah Almontser aka Salah Almonster dba 559 Cigarettes & More, and Miguel Vaca aka Miguel Aranda dba Rocio's Mexican Food

LURIE, ZEPEDA, SCHMALZ & HOGAN, APC

*/s/ Payton E. Garofalo*
Wayne C. Arnold
Payton E. Garofalo
Attorneys for Defendant,
Thrifty Payless, Inc. dba Rite Aid #6295

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that **only Defendant Thrifty Payless, Inc. dba Rite Aid #6295** be dismissed with prejudice from the above-captioned action.

IT IS SO ORDERED.

Dated: April 22, 2015

_____
SENIOR DISTRICT JUDGE