Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorney for Plaintiff
Nona Harris

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONA HARRIS,<br><br>            Plaintiff,<br><br>      vs.<br><br>KEARNEY PALMS LLC, et al. ,<br><br>            Defendants. | No.  1:15-cv-00019-AWI-MJS<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Nona Harris ("Plaintiff"), and Defendants, Kearney Palms LLC, Salah Almontser aka Salah Almonster dba 559 Cigarettes & More, and Miguel Vaca aka Miguel Aranda dba Rocio's Mexican Food (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties remaining in the action, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated April 17, 2015 (Dkt. 26) pursuant to Fed. R. Civ. P. 16(b)(4).

**IT IS FURTHER STIPULATED** that Plaintiff will file her First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated:  May 8, 2015                                    MOORE LAW FIRM, P.C.


                                                       /s/ Tanya E. Moore
                                                       Tanya E. Moore
                                                       Attorney for Plaintiff,
                                                       Nona Harris

Dated:  May 8, 2015                                    CASWELL, BELL & HILLISON LLP


                                                       /s/ Kimberly L. Mayhew
                                                       Kimberly L. Mayhew
                                                       Attorneys for Defendants,
                                                       Kearney Palms LLC, Salah Almontser aka Salah
                                                       Almonster dba 559 Cigarettes & More, and Miguel
                                                       Vaca aka Miguel Aranda dba Rocio's Mexican
                                                       Food

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file her First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   May 13, 2015                                  /s/ *Michael J. Seng*
                                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER