1  KIMBERLY L. MAYHEW (SBN 199105)
   LANG, RICHERT & PATCH
2  5200 North Palm Avenue, Suite 401
   Fresno, California 93704
3  (559) 228-6700 Phone
   (559) 228-6727 Fax
4  email: klm@lrplaw.net

5

6  Attorneys for Defendants Kearney Palms LLC; Salah Almontser aka Salah Almonster dba 559
   Cigarettes & More; and Miguel Vaca aka Miguel Aranda dba Rocio's Mexican Food
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 NONA HARRIS,                               Case No.  1:15-CV-0019-AWI-MJS

12         Plaintiff,

13     v.                                     **STIPULATION RE DEEMING
                                              ANSWER TO COMPLAINT AS
14 KEARNEY PALMS LLC, ET AL.,                 RESPONSIVE PLEADING TO FIRST
                                              AMENDED COMPLAINT;  ORDER**
15         Defendants.

16

17     IT IS HEREBY STIPULATED by and between Plaintiff Nona Harris and Defendants

18 Kearney Palms LLC; Salah Almontser aka Salah Almonster dba 559 Cigarettes & More; and

19 Miguel Vaca aka Miguel Aranda dba Rocio's Mexican Food, by and through their respective

20 counsel, that the answer filed by Defendants Kearney Palms LLC; Salah Almontser aka Salah

21 Almonster dba 559 Cigarettes & More; and Miguel Vaca aka Miguel Aranda dba Rocio's

22 Mexican Food on March 3, 2015 (Doc. No. 16), to the original Complaint, shall be deemed the

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation Re Deeming Answer to Complaint as        - 1 -
Responsive Pleading to First Amended Complaint;
[Proposed] Order

responsive pleading to the First Amended Complaint filed on or about May 18, 2015 (Doc. No. 34).

Dated: June 9, 2015          LANG, RICHERT & PATCH


                             */s/ Kimberly L. Mayhew*
                             Kimberly L. Mayhew,
                             Attorneys for Defendants Kearney Palms LLC,
                             Salah Almontser aka Salah Almonster dba 559
                             Cigarettes & More, and Miguel Vaca aka Miguel
                             Aranda dba Rocio's Mexican Food


Dated: June 9, 2015          MOORE LAW FIRM, P.C.


                             */s/ Tany E. Moore*
                             Tanya E. Moore
                             Attorney for Plaintiff Nona Harris


**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that the answer filed by Defendants Kearney Palms LLC; Salah Almontser aka Salah Almonster dba 559 Cigarettes & More; and Miguel Vaca aka Miguel Aranda dba Rocio's Mexican Food on March 3, 2015 (Doc. No. 16), to the original Complaint, shall be deemed the responsive pleading to the First Amended Complaint filed on or about May 18, 2015 (Doc. No. 34)

IT IS SO ORDERED.

Dated:   June 9, 2015                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE