Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Nona Harris

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONA HARRIS, | No. 1:15-cv-00019-AWI-MJS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| KEARNEY PALMS LLC, et al., | |
| Defendants. | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Nona Harris and Defendants Kearney Palms LLC; Salah Almontser aka Salah Almonster dba 559 Cigarettes & More; and Miguel Vaca aka Miguel Aranda dba Rocio's Mexican Food, the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: November 5, 2015                MOORE LAW FIRM, P.C.

                                       /s/ Tanya E. Moore
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Nona Harris

Dated: November 5, 2015                LANG, RICHERT & PATCH

                                       /s/ Kimberly L. Mayhew
                                       Kimberly L. Mayhew
                                       Attorneys for Defendants,
                                       Kearney Palms LLC; Salah Almontser aka
                                       Salah Almonster dba 559 Cigarettes & More;
                                       and Miguel Vaca aka Miguel Aranda dba
                                       Rocio's Mexican Food

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   November 5, 2015              _____
                                       SENIOR DISTRICT JUDGE